UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TYRONE DEVOIL-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05-CV-0061-LMB |
| | ) | |
| DARRELL DALTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court upon the remand of the Eighth Circuit Court of Appeals for the limited purpose of collecting the full $255.00 filing and docketing fees from plaintiff. This Court previously denied plaintiff leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915(g). See Order of July 28, 2005, by Judge Henry Autrey (Doc. 15). On September 20, 2005, the Eighth Circuit entered its mandate, dismissing plaintiff's appeal for failure to prosecute because he did not pay the $255.00 filing and docketing fees. *See Devoil-El v. Dalton*, No. 05-3231 (8th Cir.). Because plaintiff owes the full appellate fee regardless of the outcome of his appeal and cannot pay this fee through installment payments, the Court will order plaintiff to pay the full appellate fee within thirty days.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $255 filing and docketing fees for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court" and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the

remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. 19] be **DENIED** as moot.

Dated this 17th day of July, 2006.

*/s/ Lewis M. Blanton*
_____
**UNITED STATES MAGISTRATE JUDGE**